STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT
OR RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

A.   STATEMENT OF SERVICE BY MAIL

Chris Felice
Seneca County Sheriff's Department
6150 State Rte. 96
Romulus, NY 14541

United States District Court for the
Western District of New York
Date: December 7, 2012
Civil Case Number: 11-CV-0720
William H. Merrill #11-B-1100 vs. Sgt. Schell, et al

The enclosed summons and complaint are served pursuant to Fed.R.Civ.P.4 (e) (1) and Section 312-a of the New York Civil Practice law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date your receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires thirty (30) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

B.   ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING

IF 2 IS CHECKED, COMPLETE AS INDICATED

1. __✓__ I am not in military service.
2. _____ I am in military service, and my rank, serial number and branch of service are as follows:

Rank: _____
Serial Number: _____
Branch of Service: _____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS

Date: _____
(Date this acknowledgment is executed)
I affirm the above as true under penalty of perjury.

Signature: _Christopher P. Felice_
Print Name: CHRISTOPHER P. FELICE

Name of Defendant for which acting: _____
Position with Defendant for which acting: _____
(i.e. officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES

STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGMENT
OR RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

A.  STATEMENT OF SERVICE BY MAIL

Sgt. Mike Schell
Seneca County Sheriff's Department
6150 State Rte. 96
Romulus, NY 14541

United States District Court for the
Western District of New York
Date: December 7, 2012
Civil Case Number: 11-CV-0720
William H. Merrill #11-B-1100 vs. Sgt. Schell, et al

The enclosed summons and complaint are served pursuant to Fed.R.Civ.P.4 (e) (1) and Section 312-a of the New York Civil Practice law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records or your attorney. If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

The return of this statement and acknowledgment does not relieve you of the necessity to answer the complaint. The time to answer expires thirty (30) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

B.  ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received a summons and complaint. PLEASE CHECK ONE OF THE FOLLOWING

IF 2 IS CHECKED, COMPLETE AS INDICATED

1. ✓  I am not in military service.
2. ___ I am in military service, and my rank, serial number and branch of service are as follows:

Rank: _____
Serial Number: _____
Branch of Service: _____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS

Date this acknowledgment is executed
I affirm the above as true under penalty of perjury.

Signature: _Mike Schell_
Print Name: _Michael Schell_
Name of Defendant for which acting
Position with Defendant for which acting
(i.e. officer, attorney, etc.)

PLEASE COMPLETE ALL BLANKS INCLUDING DATES